UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HAYDER ABDULJABBAR,                                                   CIVIL NO. 14-3583 (ADM/JSM)

    Plaintiff,

v.                                                                                                                    ORDER

MINNESOTA DEPARTMENT
OF TRANSPORTATION, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 2, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. The following individuals are **DISMISSED** from this action as Defendants because the Complaint fails to state a claim against them as a matter of law: Charles A. Zelle, Robert Langanki, Laurie Steiger, Patty Ackdahl, David Redig, Jeff Valaminck, Doungdy Kong, Gabe Perkins, Scott Allen, and Tracey Taylor;

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **GRANTED**; and

3. The Clerk shall issue a Summons and the United States Marshal shall serve Defendant MNDOT, as directed by Plaintiff, with a copy of the Complaint, the Summons, the Report and Recommendation, and this Order adopting the

Report and Recommendation, and all costs of service be advanced by the United States.

Dated: October 30, 2014

                                            s/Ann D. Montgomery
                                            ANN D. MONTGOMERY
                                            United States District Judge